Elias Gagunen, Respondent, v. Gonzalo Boza & Co., Inc., and Another, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Dorothy D. Amsterdam, Appellant, v. Bernard Amsterdam, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Mary O. Lee, Respondent, v. General Mills, Inc., Appellant, Impleaded with Others.— Order so far as appealed from modified by granting commission on written interrogatories, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

The Mutual Life Insurance Company of New York, Respondent, v. Northway Holding Company, Inc., and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Michele Galioto, Appellant, v. Catarina Galioto, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Herman J. Lusher, Respondent, v. Howard M. Ernst and Others, Copartners, etc., Appellants.— Order so far as appealed from, granting motion for examination before trial, reversed, with twenty dollars costs and disbursements, and the said motion denied in toto. Appeal from order denying motion for reargument dismissed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Jacob Braun, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Edward H. Burger, an Attorney.— Motion granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Sidney Fertig, an Attorney.— Motion granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Solomon Gavrin, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Harry B. Sale, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Liquidator of General Surety Company, v. Alice M. Metz, as Administratrix, etc., of Herman A. Metz, Deceased, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of Sudierfi Realty Corporation for a Certiorari Order against Henry L. Connell, Temporary Chairman, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Arthur Simon v. Abraham Gellis and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.